O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSWALDO LOPEZ-CORPUS,<br><br>　　　　Defendant. | Case No. SACR 14-00085 AG<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Andrew J. Guilford, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, history of substance abuse, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B.   (X)  The defendant has not met his burden of establishing by clear and convincing
2            evidence that he is not likely to pose a danger to the safety of any other person
3            or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
4            is based on the nature of the charged offense and defendant's criminal history.
5
6        IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.
8
9
10 Dated: July 11, 2014
11                                       /s/    Arthur Nakazato
                                      ARTHUR NAKAZATO
12                                    UNITED STATES MAGISTRATE JUDGE
13